UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| TY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>POTOMAC FAMILY DINING GROUP OPERATING COMPANY, LLC dba APPLEBEE'S,<br><br>                Defendant. | Case No. 8:19-cv-01780-GJH<br><br>Honorable George J. Hazel |

## STIPULATION FOR DISMISSAL

Plaintiff Ty Williams and Defendant Potomac Family Dining Group Operating Company, LLC (collectively "The Parties"), through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 1, 2021

Respectfully Submitted,

*s/ Jordan T. Porter*
Jordan T. Porter
**NYE, STIRLING, HALE & MILLER**
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Phone: 805-963-2345
jordan@nshmlaw.com

*Additional counsel listed below.*

*s/ Thomas J, Minton*
Thomas J. Minton - No. 03370
**Goldman & Minton, P.C.**
3600 Clipper Mill Rd., Suite 201
Baltimore, Maryland 21211
Phone: 410-783-7575
tminton@charmcitylegal.com


*s/ Benjamin J. Sweet*
Benjamin J. Sweet
**NYE, STIRLING, HALE & MILLER**
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Phone: 412-857-5350
ben@nshmlaw.com

*Attorneys for Plaintiff*

-and-

*s/ Kara M. Maciel*
Kara M. Maciel
**CONN MACIEL CAREY LLP**
5335 Wisconsin Avenue, NW, Suite 660
Washington, D.C. 20015
Phone: 202-909-2730
kmaciel@connmaciel.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Jordan T. Porter, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 1st day of February, 2021.

                                              */s/ Jordan T. Porter*
                                                Jordan T. Porter